**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Amar Khalid ABED, Defendant—Appellant.**

No. 06–6087.

United States Court of Appeals, Fourth Circuit.

Submitted May 16, 2006.

Decided May 23, 2006.

Amar Khalid Abed, Appellant Pro Se. Thomas Jack Bondurant, Jr., Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Amar Khalid Abed seeks to appeal his conviction and sentence pursuant to 18 U.S.C. § 3742 (2000) on the grounds that his sentenced was imposed "in violation of law" in light of the decision in *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). In criminal cases, the defendant must file the notice of appeal within ten days after the entry of judgment. Fed. R.App. P. 4(b)(1)(A). With or without a motion, upon a showing of excusable neglect or good cause, the

district court may grant an extension of up to thirty days to file a notice of appeal. Fed. R.App. P. 4(b)(4); *United States v. Reyes,* 759 F.2d 351, 353 (4th Cir.1985).

The district court entered judgment on August 27, 1998. The notice of appeal was filed on December 19, 2005. Because Abed failed to file a timely notice of appeal or to obtain an extension of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*